# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LITTLE BEND RIVER COMPANY, INC., | : | |
| | : | |
| Plaintiff, | | |
| | : | |
| vs. | | CA 05-0450-C |
| | : | |
| MOLPUS TIMBERLANDS MANAGEMENT, L.L.C., et al., | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's motion to remand (Doc. 5) be and the same hereby is **GRANTED** and that this cause be **REMANDED** to the Circuit Court of Washington County, Alabama from whence it came.

**DONE** this the 2nd day of November, 2005.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**